IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-00655-WYD-CBS

PPG INDUSTRIES, INC., d/b/a PPG AUTOMOTIVE REFINISH,

    Plaintiff,

v.

ROSS MARKETING & CONSULTING, LLC, d/b/a AUTOWORKS INTERNATIONAL, INC., d/b/a AUTOWORKS INTERNATIONAL, d/b/a TORO AUTO REFINISHING, INC.; and EUGENE R. KLOKE, Individually,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

    THIS MATTER comes before the Court upon a review of the file. On May 5, 2011, Defendant Ross Marketing & Consulting, LLC filed a Suggestion of Bankruptcy [ECF No. 4]. The filing indicated that on April 18, 2011, Defendant Ross Marketing & Consulting LLC filed a Petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code (United States Bankruptcy Court for the District of Colorado, Case No. 11-18729-ABC.)

    Likewise, on June 28, Defendant Eugene Kloke filed a Suggestion of Bankruptcy [ECF No. 7]. That filing indicated that on June 27, 2011, Defendant Eugene R. Kloke filed a Petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code (United States Bankruptcy Court for the District of Colorado, Case No. 11-25232-MER.)

    On July 1, 2011, I issued an Order to any interested party to show cause on or before August 9, 2011 as to why this matter should not be stayed as to Eugene R.

Kloke. [ECF No. 8]. I issued a separate Order to any interested party to show cause on or before September 21, 2011 why this matter should not be stayed as to Ross Marketing & Consulting. [ECF No. 10]. No responses were filed to either order.

Therefore, I find that this matter is subject to the automatic stay pursuant to 11 U.S.C. § 362. Since Defendant Ross Marketing & Consulting LLC, as well as Defendant Eugene R. Kloke have pending bankruptcy petitions, and the outcome of the bankruptcy cases is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated: September 22, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge